Application not considered because of failure to timely file it. See Section 11 of Article 7 of La. Constitution.

208 So.2d 535

## Clarence W. McLAUGHLIN

v.

## Edward (Eddie) BRASWELL, Liberty Mutual Insurance Company and Louisiana Power & Light Company.

No. 49161.

April 11, 1968.

Writ refused. We find no error of law in the ruling of the Court of Appeal.